IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01194-CMA-MJW

KATE PENNELLA,

Plaintiff,

v.

BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, and COLORADO STATE UNIVERSITY,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Motion to Amend Complaint **(Docket No. 19)**, to which no response was received and thus the motion is deemed confessed, is **GRANTED**.  The tendered First Amended Complaint (Docket No. 19-1) is accepted for filing as of the date of this Minute Order.

Date: November 3, 2010