IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01194-CMA-MJW

KATE PENNELLA,

Plaintiff,

v.

BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, and COLORADO STATE UNIVERSITY,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Protective Order (docket no. 29) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 29-1) is APPROVED as amended in paragraph 5 and made an Order of Court.

Date: January 5, 2011