IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01194-CMA-MJW

KATE PENNELLA,

    Plaintiff,

v.

BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM,
conducting business in Colorado as the Colorado State University,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a) and the Stipulated Motion To Dismiss With Prejudice (Doc. # 40), signed by the attorneys for the parties hereto, it is

ORDERED that Plaintiff's claims are dismissed in their entirety and this case is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

DATED: February __24__, 2011

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge